IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



| | |
|---|---|
| UNITED STATES OF AMERICA,  *Plaintiff,*  v.  PARKER RYAN LITTLE,  *Defendant.* | SEALED  Case No. CR21-351 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### THREATENING INTERSTATE COMMUNICATIONS
### [18 U.S.C. § 875(c)]

On or about May 8, 2020, within the Eastern District of Oklahoma, the defendant, **PARKER RYAN LITTLE**, knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another; to wit, the defendant posted a message online stating a killing spree of several Fort Gibson Police Department officers would be carried out, in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

### STALKING
### [18 U.S.C. § 2261A(2)(B)]

Between on or about May 4, 2020 and on or about May 8, 2020, within the Eastern District of Oklahoma, the defendant, **PARKER RYAN LITTLE,** with the intent to harass and intimidate, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce to engage in a course of conduct that caused,

attempted to cause, and would reasonably be expected to cause substantial emotional distress to A.P., in violation of Title 18, United States Code, Section 2261A(2)(B).

### COUNT THREE

### THREATENING INTERSTATE COMMUNICATIONS
### [18 U.S.C. § 875(c)]

On or about June 11, 2020, within the Eastern District of Oklahoma, the defendant, **PARKER RYAN LITTLE**, knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another; to wit, the defendant posted a message online stating a killing spree on several Wagoner Police Department officers would be carried out, in violation of Title 18, United States Code, Section 875(c).

### COUNT FOUR

### STALKING
### [18 U.S.C. § 2261A(2)(B)]

Between on or about February 19, 2020 and on or about June 11, 2020, within the Eastern District of Oklahoma, the defendant, **PARKER RYAN LITTLE,** with the intent to harass and intimidate, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to J.C., in violation of Title 18, United States Code, Section 2261A(2)(B).

CHRISTOPHER J. WILSON
Acting United States Attorney

A TRUE BILL:

_____
BENJAMIN D. TRASTER, DC BAR # 991030
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY